

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2015

No. 04-14-00263-CV

In the Interest of **H.O.**, a Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

The panel has considered appellant's motion for rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court